**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**UNITED STATES OF AMERICA**

        - against -                    21 Cr. 18 (JGK)

**JEREMIAH GILLIAM,**                    <u>ORDER</u>

              Defendant.
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

     The next conference is scheduled for **April 12, 2021,** at **2:30 p.m.**

     Because a continuance is needed to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **January 21, 2021,** until **April 12, 2021,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**     **New York, New York**
             **January 21, 2021**            <u>/s/ John G. Koeltl</u>
                                                    **John G. Koeltl**
                                      **United States District Judge**