UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

                21 cr 18 (JGK)

    -against-

**SPEEDY TRIAL ORDER**

JEREMIAH GILLIAM,
                        Defendant.
-----------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Tuesday, August 3, 2021, at 2:30pm,** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **August 3, 2021** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                      JOHN G. KOELTL
                                          UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       May 13, 2021

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-13-21

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 13, 2021

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Jeremiah Gilliam**
             **21 CR 18 (JGK)**

Dear Judge Koeltl:

    I write, with the consent of the government, to request an adjournment of the status conference in the above captioned matter currently scheduled for May 17, 2021. The parties are anticipating a pretrial resolution of the matter but additional time is required to finalize discussions and prepare for change of plea hearing. As such, I respectfully request that the Court adjourn the conference to August 3, 2021 at 2:30 p.m., a date and time that I understand the Court is available.

    Mr. Gilliam consents to the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

*/s/ Amy Gallicchio*

Amy Gallicchio
Assistant Federal Defender
O: 212-417-8728
M: 917-612-3274

Cc:    AUSA Matthew Shahabian