# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 8, 2021

By ECF
The Honorable John G. Koeltl
United States District Judge
500 Pearl Street
New York, New York 10007

*Application denied.*
*So ordered.*
*[signature] 6/Koeltl*
*6/9/21  U.S.D.J.*

Re:   United States v. Jeremiah Gilliam, 21 Cr. 18 (JGK)

Dear Judge Koeltl:

    I write to respectfully request a one-time modification of Jeremiah Gilliam's bail conditions to permit him to attend his son's first birthday party on Saturday, June 12, 2021, from 3PM to 9PM. The party will take place at 1150 229th Drive S, Bronx, NY 10466. If permission is granted, Mr. Gilliam will communicate with his Pretrial Services Officer, Bernisa Mejia, before attending the party, and inform her of the requested details.

    On December 16, 2020, Magistrate Judge Parker Robert W. Lehrburger set conditions of release including the following: a $75,000 personal recognizance bond to be signed by two financially responsible persons, travel limited to SDNY/EDNY, pretrial supervision as directed by Pretrial Services, drug testing and treatment, home detention with electronic monitoring and for Mr. Gilliam to continue or seek employment.

    Officer Mejia informs me that it the policy of Pretrial Services not to consent to any social activities for clients on home detention or home incarceration but she informs the Court the Mr. Gilliam has maintained excellent compliance with his release conditions. The Government takes no position and defers to Pretrial Services.

    Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Amy Gallicchio*
Amy Gallicchio
Assistant Federal Defender
(212) 417-8728/ (917) 612-3274

SO ORDERED:

**HONORABLE JOHN G. KOELTL**
**United States District Judge**

cc:   AUSA Matthew Shahabian, USPTSO Bernisa Mejia

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: **6·9·21**