```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/03/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

  - against -

JEREMIAH GILLIAM,

                Defendant.

21 Cr. 18 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the teleconference held today, the next conference is scheduled for **October 21, 2021,** at **10 a.m.**

All pre-trial motions are due **September 24, 2021,** responses are due **October 8, 2021,** and replies are due **October 29, 2021.** Rule 404(b) disclosures are due **December 17, 2021.** Motions in limine, requests to charge, and proposed voir dire are due **January 7, 2022,** and responses are due **January 14, 2022.** The final pre-trial conference will be held on **January 27, 2022** at **10 a.m.** The trial date is **February 7, 2022,** at **9 a.m.**

Because a continuance is needed to allow the parties to discuss a disposition short of trial, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **August 3, 2021,** until **February 7, 2022,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial.

This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:   New York, New York
         August 3, 2021

_____
John G. Koeltl
United States District Judge