March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

　　　　　　-v-

Jeremiah Gilliam,
　　　　　　Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

-CR- (　) (　)

21CR 18 (JGK)

Defendant Jeremiah Gilliam _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

X  Status and/or Scheduling Conference

___ Plea/Trial/Sentence

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/04/2021
```

/s/ Jeremiah Gilliam
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Jeremiah Gilliam
_____
Print Defendant's Name

/a/ Amy Gallicchio
_____
Defense Counsel's Signature

Amy Gallicchio
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

8/3/21
_____
Date

[signature]
_____
U.S. District Judge/U.S. Magistrate Judge