# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 18, 2021

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     **Re:**   **United States v. Jeremiah Gilliam**
              **21 CR 18 (JGK)**

Dear Judge Koeltl:

    I write, with the consent of the government, to request an adjournment of the status conference in the above captioned matter currently scheduled for October 18, 2021. The parties are anticipating a pretrial resolution of the matter but additional time is required to prepare for change of plea hearing.

    I respectfully request an adjournment to November 16, 2021, at 9:00 a.m., a date and time at which I understand the Court is available. Mr. Gilliam consents to the exclusion of time under the Speedy Trial Act.

                    Respectfully submitted,

                    */s/ Amy Gallicchio*

                    Amy Gallicchio
                    Assistant Federal Defender
                    O: 212-417-8728
                    M: 917-612-3274

Cc:    AUSA Matthew Shahabian

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

10/18/21