**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**United States of America**

vs.                                       Docket No.:   **21 CR 00018-001**

**Jeremiah Gilliam**                      **ORDER**

---

John G. Koeltl, United States District Judge:

IT IS HEREBY ORDERED that the Southern District of New York Probation Office is authorized to permanently transfer to the New York City Police Department and/or Federal Bureau of Investigation, all evidence seized during the January 16th and January 19th, 2024 searches of the addresses connected to the defendant, Jeremiah Gilliam.

Dated: January 24, 2024

New York, New York

So Ordered:

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE